UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:26-CR-74-MEO |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violation: |
| | ) | 18 USC § 922(g)(1) |
| | ) | |
| ROBERT LIDDELL, IV | ) | |
| | ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of Firearm by Felon)*

On or about September 26, 2024, in Mecklenburg County, within the Western District of North Carolina,

**ROBERT LIDDELL, IV**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, that being, a Glock 9mm firearm.

In violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms or ammunition involved or used in the violation set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

   a.    a Glock 9mm firearm and ammunition seized from **ROBERT LIDDELL, IV** in the vicinity of 3126 Milton Road, in Charlotte, North Carolina on September 26, 2024.

A TRUE BILL:



RUSS FERGUSON
UNITED STATES ATTORNEY

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

2